UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Allen Wolfson,

                     Plaintiff(s),

-v-

Conolog Corporation,

                     Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3790 (LTS)(MHD)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose: _____ |
| | | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | Particular Motion: _____ _____ |
| | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              May 2, 2008

                                                                      LAURA TAYLOR SWAIN
                                                                      United States District Judge