Philippe Zimmerman (PZ-7744)
Scott E. Silberfein (SS-1947)
**MOSES & SINGER LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

Attorneys for Defendant Conolog Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ALLEN WOLFSON,

        Plaintiff,

- against -

CONOLOG CORPORATION,

        Defendant.

-------------------------------------------------------------- X

Civil Action No.: 08-cv-3790 (LTS)(MHD)

**CERTIFICATE OF SERVICE**

Scott E. Silberfein, being duly sworn, says:

I am not a party to this action and am over the age of eighteen. I certify under penalties of perjury that on June 10, 2008, I electronically filed with the Court using the CM/ECF system and I served Defendant Conolog Corporation's ("Conolog") Motion to Dismiss, including the Notice of Motion, Affidavit of Robert Benou, with Exhibits, and Memorandum of Law in Support of Conolog's motion to dismiss, by causing to be deposited a true copy thereof, via Priority Mail (overnight) and via First Class Mail, in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to the following person/entity at its last known address.

        ALLEN WOLFSON
        #03430-018
        Metropolitan Detention Center
        P.O. Box 329002
        Brooklyn, New York 11232

        SCOTT E. SILBERFEIN

696778v1 011085.0103